UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| **M&T BANK,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:24-CV-228** |
| | § | |
| **JOSHUA SMITH TERESA ROWELL** | § | |
| **AND SECRETARY OF HOUSING AND** | § | |
| **URBAN DEVELOPMENT,** | | |
| *Defendant.* | § | |

<u>**AFFIDAVIT OF SERVICE**</u>
<u>**SECRETARY OF HOUSING AND URBAN DEVELOPMENT**</u>

**AFFIDAVIT OF SERVICE**

**IN THE DISTRICT COURT OF** MIDLAND **COUNTY, TEXAS**

**CASE NO.** CV61134
4324 BEDFORD AVE
MIDLAND, TEXAS 79703

M&T BANK**; et seq.**

**VS.**

JOSHUA SMITH, ET AL

I, Larry Burtin Jr, depose and say the following: I do hereby certify and say that I am over 18 years of age and not a party to this suit.  I am a registered employee of ProVest, LLC, an Illinois Department of Professional Regulation Private Detective Agency # 117.001336.

On 8/15/2024 I served the within PLAINTIFF'S ORIGINAL PETITION; CITATION in the following manner:

**Certified Mail:**  A copy of the PLAINTIFF'S ORIGINAL PETITION; CITATION was mailed in a sealed envelope addressed to SECRETARY OF HOUSING AND URBAN DEVELOPMENT at BY SERVING ITS ASSOCIATE GENERAL COUNSEL AT US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT OFFICE OF LITIGATION 451 SEVENTH STREET SW WASHINGTON, DC 20410 via Certified Mail with Return Receipt Requested (Certified Mail Receipt# 9314 7699 0430 0124 6864 39).

_____    8-15-24
[Larry Burtin Jr]                              [ Date ]

Client File Number: 24-01747
ProVest Case ID:    7241024

State of Illinois
County of Dupage
Signed and sworn (or affirmed) to before me on
8/15/24 (date) by Larry Burtin Jr
_____
Signature of Notary

OFFICIAL SEAL
WILLIAM R TUIDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 5/21/2025

1 East 22nd Street, Suite 120 Lombard, IL 60148-4975 (630) 833-5850

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**
9314 7699 0430 0124 6864 39

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:
  Secretary of HUD
  by serving its Assoc. General Counsel
  U.S. Dept of HUD
  Office of Litigation
  451 7th St SW
  Washington, DC 20410

**Reference Information**

  7241024
  File # 24-01747

PS Form 3800, Facsimile, July 2015

FOLD AND TEAR THIS WAY

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9699 0430 0124 6864 31

1. Article Addressed to:

Secretary of HUD
by serving its Assoc. General Counsel
U.S. Dept of HUD
Office of Litigation
451 7th St SW
Washington, DC 20410

2. Certified Mail (Form 3800) Article Number

9314 7699 0430 0124 6864 39

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)     | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
   Reference Information
7241024
File # 24-01747

Domestic Return Receipt

Thank you for using Return Receipt Service

9314 7699 0430 0124 6864 39
RETURN RECEIPT REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



FIRST-CLASS



ZIP 60148
02 7M
0008030157 AUG 15 2024

US POSTAGE ᴾᴵᵀⁿᴱʸ ᴮᴼᵂᴱˢ

$ 012.10⁰

**AFFIDAVIT OF SERVICE**

**IN THE DISTRICT COURT OF** MIDLAND **COUNTY, TEXAS**

**CASE NO.** CV61134
4324 BEDFORD AVE
MIDLAND, TEXAS 79703

M&T BANK**; et seq.**

**VS.**

JOSHUA SMITH, ET AL

I, Larry Burtin Jr, depose and say the following: I do hereby certify and say that I am over 18 years of age and not a party to this suit. I am a registered employee of ProVest, LLC, an Illinois Department of Professional Regulation Private Detective Agency # 117.001336.

On 8/15/2024 I served the within PLAINTIFF'S ORIGINAL PETITION; CITATION in the following manner:

**Certified Mail:** A copy of the PLAINTIFF'S ORIGINAL PETITION; CITATION was mailed in a sealed envelope addressed to OFFICE OF THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS at C/O CIVIL PROCESS CLERK 601 N.W. LOOP 410, SUITE 600 SAN ANTONIO, TX 78216 via Certified Mail with Return Receipt Requested (Certified Mail Receipt# 9314 7699 0430 0124 6864 53).

[Larry Burtin Jr]                          8-15-24
[Larry Burtin Jr]                          [ Date ]

Client File Number: 24-01747
ProVest Case ID:    7241024

State of Illinois
County of Dupage
Signed and sworn (or affirmed) to before me on
8|15|24 (date) by Larry Burtin Jr

Signature of Notary

OFFICIAL SEAL
WILLIAM R TUIDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 5/21/2025

1 East 22nd Street, Suite 120 Lombard, IL 60148-4975 (630) 833-5850

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS ARTICLE NUMBER**

9314 7699 0430 0124 6864 53

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:
Office of U.S. Attorney
Western District of Texas
c/o Civil Process Clerk
601 N.W. Loop 410
Ste 600
San Antonio, TX 78216

**Reference Information**

7241024
File # 24-01747

PS Form 3800, Facsimile, July 2015

Thank you for using Return Receipt Service

FOLD AND TEAR THIS WAY

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9699 0430 0124 6864 55

1. Article Addressed to:

Office of U.S. Attorney
Western District of Texas
c/o Civil Process Clerk
601 N.W. Loop 410
Ste 600
San Antonio, TX 78216

2. Certified Mail (Form 3800) Article Number

9314 7699 0430 0124 6864 53

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

7241024
File # 24-01747

Domestic Return Receipt

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9314 7699 0430 0124 6864 53
RETURN RECEIPT REQUESTED

FIRST-CLASS





US POSTAGE AND PITNEY BOWES

ZIP 60148
02 7W
0008030157

$ 012.10°
AUG  15  2024

**AFFIDAVIT OF SERVICE**

**IN THE DISTRICT COURT OF** MIDLAND **COUNTY, TEXAS**

**CASE NO.** CV61134
4324 BEDFORD AVE
MIDLAND, TEXAS 79703

M&T BANK**; et seq.**

**VS.**

JOSHUA SMITH, ET AL

I, Larry Burtin Jr, depose and say the following: I do hereby certify and say that I am over 18 years of age and not a party to this suit.  I am a registered employee of ProVest, LLC, an Illinois Department of Professional Regulation Private Detective Agency # 117.001336.

On 8/15/2024 I served the within PLAINTIFF'S ORIGINAL PETITION; CITATION in the following manner:

 **Certified Mail:**  A copy of the PLAINTIFF'S ORIGINAL PETITION; CITATION was mailed in a sealed envelope addressed to ATTORNEY GENERAL OF THE UNITED STATES at US DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530 via Certified Mail with Return Receipt Requested (Certified Mail Receipt# 9314 7699 0430 0124 6864 46).

_[Larry Burtin Jr]_     8-15-24   [ Date ]

Client File Number: 24-01747
ProVest Case ID:    7241024

State of Illinois
County of Dupage
Signed and sworn (or affirmed) to before me on
8/15/24 (date) by Larry Burtin Jr

Signature of Notary

**OFFICIAL SEAL**
**WILLIAM R TUIDER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 5/21/2025

1 East 22nd Street, Suite 120 Lombard, IL 60148-4975 (630) 833-5850

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9314 7699 0430 0124 6864 46

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Reference Information
7241024
File # 24-01747

PS Form 3800, Facsimile, July 2015

FOLD AND TEAR THIS WAY ➤

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9699 0430 0124 6864 48

1. Article Addressed to:

Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

2. Certified Mail (Form 3800) Article Number

9314 7699 0430 0124 6864 46

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                           ☐ Agent
                                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
   Reference Information
   7241024
   File # 24-01747

Domestic Return Receipt

Thank you for using Return Receipt Service



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9314 7699 0430 0124 6864 46
RETURN RECEIPT REQUESTED

**FIRST-CLASS**



US POSTAGE™ PITNEY BOWES



ZIP 60148
02 7W
0000301 57 AUG 15 2024

$ 012.10°